1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  CRAMER,                                          No. C 08-00723 CRB

12              Plaintiff,                           **ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE**
13      v.

14  DICKINSON, et al.,
15
16              Defendants.                     /
17

18      On February 12, 2009, this Court Ordered the Complaint in the above-captioned

19  matter to be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b). Dkt. 11. A copy

20  of that Order was served on Plaintiff the same day.

21      The Court now DISMISSES this matter WITH PREJUDICE in light of Plaintiff's

22  failure to file an Amended Complaint. See Fed. R. Civ. P. 41(b); Hells Canyon Pres. Council

23  v. U.S. Forest Serv., 403 F.3d 683, 689 (9th Cir. 2005) (court may dismiss action pursuant to

24  Rule 41(b) *sua sponte* for failure to prosecute).

25  //
26  //
27  //
28  //

1 | The Clerk is directed to close this case and enter Judgment in favor of Defendants and
2 | against Plaintiff.
3 | **IT IS SO ORDERED.**

6 | Dated: September 23, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE